No. 25-1217

IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

**RED MULE EXPRESS, LLC**            **DEFENDANT-APPELLANT**

vs.

**RICHARD MONAHAN**            **PLAINTIFF-APPELLEE**

*An Appeal from United States District Court for the Eastern District of Arkansas, Case Number 3:22-cv-129-BSM.*

## APPELLEE'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE BRIEF

APPELLEES' COUNSEL:     JOSH SANFORD, ESQ.
SANFORD LAW FIRM, PLLC
ONE FINANCIAL CENTER
650 SOUTH SHACKLEFORD, SUITE 411
LITTLE ROCK, ARKANSAS 72211
TELEPHONE: (501) 221-0088
FACSIMILE: (888) 787-2040

Page 1 of 5
Richard Monahan v. Red Mule Express, LLC
U.S.C.A. (8th Cir.) 25-1217
Appellee's Unopposed Motion for Extension of Time to File Response

Appellate Case: 25-1217     Page: 1     Date Filed: 05/19/2025 Entry ID: 5518015

COMES NOW Appellee, by and through his counsel Josh Sanford of Sanford Law Firm, PLLC, and for his Unopposed Motion for Extension of Time to File Response Brief, state as follows:

1. Appellee's Response Brief is currently due on May 19, 2025.

2. Appellee seeks an extension of fourteen days to file his Response Brief up to and including June 2, 2025.

3. Appellee's counsel conferred with Appellant's counsel, and this Motion is unopposed.

WHEREFORE, premises considered, Appellee respectfully requests this Court to grant this Motion and extend Appellee's time to file his Response Brief by fourteen days up to and including June 2, 2025.

Page 2 of 5
Richard Monahan v. Red Mule Express, LLC
U.S.C.A. (8th Cir.) 25-1217
Appellee's Unopposed Motion for Extension of Time to File Response

Appellate Case: 25-1217     Page: 2     Date Filed: 05/19/2025 Entry ID: 5518015

Respectfully submitted,

**PLAINTIFF-APPELLEE RICHARD MONAHAN**

SANFORD LAW FIRM, PLLC
ONE FINANCIAL CENTER
650 SOUTH SHACKLEFORD, SUITE 411
LITTLE ROCK, ARKANSAS 72211
TELEPHONE: (501) 221-0088
FACSIMILE: (888) 787-2040

By: /s/ Josh Sanford
    Josh Sanford
    Ark. Bar No. 2001037
    josh@sanfordlawfirm.com

Page 3 of 5
Richard Monahan v. Red Mule Express, LLC
U.S.C.A. (8th Cir.) 25-1217
Appellee's Unopposed Motion for Extension of Time to File Response

Appellate Case: 25-1217    Page: 3    Date Filed: 05/19/2025 Entry ID: 5518015

# CERTIFICATE OF COMPLIANCE

The undersigned, counsel of record for Appellees, furnishes the following in compliance with Fed. R. App. P. 32(g)(1):

1. Appellees' Unopposed Motion for Extension of Time to File Response Brief (the "Motion") complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because the Motion contains 105 words, excluding any accompanying documents exempted by Fed. R. App. P. 32(f).

2. The Motion complies with the typeface and type style requirements of Fed. R. App. P. 27(d)(1)(E) because the Motion has been prepared in a proportionally spaced typeface using Microsoft Word Version 2017 in 14-point, Georgia.

3. I further certify that, in accordance with Eighth Circuit Rule 25A(g), the Motion was generated as a PDF file by printing from the original Microsoft Word file so that the text of the digital version may be searched and copied. The digital version of the Motion has been scanned for computer viruses, and is virus-free.

/s/ Josh Sanford
**Josh Sanford**

Page 4 of 5
Richard Monahan v. Red Mule Express, LLC
U.S.C.A. (8th Cir.) 25-1217
Appellee's Unopposed Motion for Extension of Time to File Response

Appellate Case: 25-1217   Page: 4   Date Filed: 05/19/2025 Entry ID: 5518015

# CERTIFICATE OF SERVICE

      I, Josh Sanford, hereby certify that, on the date imprinted by the CM/ECF system, the foregoing MOTION was filed via the CM/ECF system, which will provide notice to the following attorneys of record:

Larry J. Steele
LARRY J. STEELE PLC
Post Office Box 78146
Walnut Ridge, Arkansas 72476
Telephone: (870) 886-5840


                                          /s/ Josh Sanford
                                          **Josh Sanford**

Page 5 of 5
Richard Monahan v. Red Mule Express, LLC
U.S.C.A. (8th Cir.) 25-1217
Appellee's Unopposed Motion for Extension of Time to File Response

Appellate Case: 25-1217    Page: 5    Date Filed: 05/19/2025 Entry ID: 5518015