# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

CASE NO. 25-1217

RICHARD MONAHAN,

Plaintiff/Appellee

v.

RED MULE EXPRESS, LLC,

Defendant/Appellant

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

Court File No. 3:22-cv-129-BSM

APPELLEE'S BILL OF COSTS

Josh Sanford (Ark. Bar No. 2001037)
Sanford Law Firm, PLLC
Kirkpatrick Plaza
10800 Financial Centre Parkway, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

**ATTORNEY FOR PLAINTIFF-APPELLEE**

Counsel for Richard Monahan, Appellee, respectfully submits, pursuant to Rule 39 of the Federal Rules of Civil Procedure, this bill of costs and verifies the following itemized amounts:

1. Appellee brief: $96.60 (12 copies, 27 pages each at $0.15 per page plus $2.00 per copy for binding and $2.00 per copy for cover pages).

Respectfully submitted,

**APPELLEE RICHARD MONAHAN**

SANFORD LAW FIRM, PLLC
KIRKPATRICK PLAZA
10800 FINANCIAL CENTRE PARKWAY, SUITE 510
LITTLE ROCK, ARKANSAS 72211
TELEPHONE: (501) 221-0088
FACSIMILE: (888) 787-2040

/s/ Josh Sanford
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

i

# CERTIFICATE OF SERVICE

      I, Josh Sanford, hereby certify that, on November 24, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system, which will provide notice to the following attorneys of record:

    Larry J. Steele
    LARRY J. STEELE PLC
    Post Office Box 78146
    Walnut Ridge, Arkansas 72476
    Telephone: (870) 886-5840
    Email: steelelaw7622@sbcglobal.net

                                      /s/ Josh Sanford_____

                                      **Josh Sanford**
                                      **Counsel for Appellee**