# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

RED MULE EXPRESS, LLC                                                      APPELLANT

VS.                                          NO. 25-1217

RICHARD MONAHAN                                                             APPELLEE

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

Comes the undersigned attorney, and for his Motion to Withdraw as Attorney of Record, states:

1. The undersigned became involved while trying to help another attorney, Calvin Harrell, III, obtain his license to practice in federal court.

2. Calvin Harrell, III's license to practice law was suspended by the Arkansas Supreme Court because of personal problems.

3. Appellant's representative informed the undersigned he did not want to pursue this matter any further than the Eighth Circuit Court of Appeals.

4. No money is owed Appellant by the undersigned.

5. This motion is made in good faith and not for undue delay.

WHEREFORE, the undersigned prays the Court enter an Order allowing him to withdraw as attorney of record for Appellant, Red Mule Express, LLC.

1

# CERTIFICATE OF COMPLIANCE

STATE OF ARKANSAS )
                                )ss.
COUNTY OF LAWRENCE )

Pursuant to Federal Rule of Appellate Procedure 32(g), Appellant hereby certifies its Motion to Withdraw as Attorney of Record is printed in proportionally-spaced Times New Roman typeface which is 14 points in size, and contains 308 words.

Pursuant to Circuit Rule 28A(c), Appellant further certifies the motion was prepared using Microsoft Office Word 2013 software.

                                                                           Respectfully submitted,

                                                                           Larry J. Steele
                                                                           Ark. Bar No. 78146
                                                                           Attorney for Appellant
                                                                           LARRY J. STEELE PLC
                                                                           225 West Elm Street
                                                                           P.O. Box 561
                                                                           Walnut Ridge, AR 72476-0561
                                                                           (870) 886-5840
                                                                           (870) 886-5873 fax
                                                                           email: steelelaw7622@sbcglobal.net

# CERTIFICATE OF SERVICE

      I hereby certify that on November 25, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Josh Sanford
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Parkway, Suite 510
Little Rock, Arkansas 72211
(501) 221-0088
(888) 787-2040 fax
Email: josh@sanfordlawfirm.com

                                                Larry J. Steele