# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

---

CASE NO. 25-1217

---

RICHARD MONAHAN,

Plaintiff/Appellee

v.

RED MULE EXPRESS, LLC,

Defendant/Appellant

---

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

Court File No. 3:22-cv-129-BSM

---

### APPELLEE'S MOTION FOR BILL OF COSTS

---

Josh Sanford (Ark. Bar No. 2001037)
Sanford Law Firm, PLLC
Kirkpatrick Plaza
10800 Financial Centre Parkway, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

**ATTORNEY FOR PLAINTIFF-APPELLEE**

Counsel for Appellee Richard Monahan respectfully moves, pursuant to Federal Rule of Appellate Procedure 39, for taxation of costs incurred in connection with this appeal, and verifies the following itemized amount:

1. Appellee brief: $96.60 (12 copies, 27 pages each at $0.15 per page plus $2.00 per copy for binding and $2.00 per copy for cover pages).

Accordingly, Appellee requests that the Clerk tax costs in the total amount of $96.60.

Respectfully submitted,

**APPELLEE RICHARD MONAHAN**

SANFORD LAW FIRM, PLLC
KIRKPATRICK PLAZA
10800 FINANCIAL CENTRE PARKWAY, SUITE 510
LITTLE ROCK, ARKANSAS 72211
TELEPHONE: (501) 221-0088
FACSIMILE: (888) 787-2040

/s/ Josh Sanford
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

i

# **CERTIFICATE OF COMPLIANCE**

The undersigned, counsel of record for Appellee, furnishes the following in compliance with Fed. R. App. P. 32(g)(1):

1. Appellee's Motion for Bill of Costs (the "Motion") complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because the Motion contains 71 words, excluding any accompanying documents exempted by Fed. R. App. P. 32(f).

2. The Motion complies with the typeface and type style requirements of Fed. R. App. P. 27(d)(1)(E) because the Motion has been prepared in a proportionally spaced typeface using Microsoft Word version 16.102.3 in 14-point Times New Roman.

3. I further certify that, in accordance with Eighth Circuit Rule 25A(g), the Motion was generated as a PDF file by printing from the original Microsoft Word file so that the text of the digital version may be searched and copied. The digital version of the Motion has been scanned for computer viruses, and is virus-free.

Dated: December 2, 2025.

/s/ Josh Sanford
**Josh Sanford**

# CERTIFICATE OF SERVICE

      I, Josh Sanford, hereby certify that, on December 2, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system, which will provide notice to the following attorneys of record:

    Larry J. Steele
    LARRY J. STEELE PLC
    Post Office Box 78146
    Walnut Ridge, Arkansas 72476
    Telephone: (870) 886-5840
    Email: steelelaw7622@sbcglobal.net

                              /s/ Josh Sanford_____
                              **Josh Sanford**
                              **Counsel for Appellee**