# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| RICHARD MONAHAN | PLAINTIFF/APPELLEE |
| VS. | NO. 25-1217 |
| RED MULE EXPRESS, LLC | DEFENDANT/APPELLANT |

## APPELLANT'S MOTION FOR ORDER GRANTING LEAVE TO FILE OBJECTION AND RESPONSE TO APPELLEE'S MOTION FOR BILL OF COSTS OUT OF TIME

Comes Appellant, Red Mule Express, LLC ("Red Mule"), by and through its attorney, Larry J. Steele PLC, and for its Motion for Order Granting Leave to File Objection and Response to Appellee's Motion for Costs and Attorneys' Fees Out of Time, states:

1. Appellee's attorney filed his Motion for Bill of Costs December 2, 2025.

2. The undersigned's secretary, who is also his wife, suffered a fall Thanksgiving Day, spent the night in the hospital for observation, and has had several doctor's appointments since that time.

3. Further, the undersigned attended a court hearing in Searcy, Arkansas on December 9, 2025, which put him out of his office an entire day.

4. This motion is made in good faith and not for undue delay.

WHEREFORE, the undersigned prays the Court enter an Order granting leave to file Appellant Red Mule's Objection and Response to Appellee's Motion for Bill of Costs out of time.

## CERTIFICATE OF COMPLIANCE

STATE OF ARKANSAS    )
                                   )ss.
COUNTY OF LAWRENCE  )

Pursuant to Federal Rule of Appellate Procedure 32(g), Appellant hereby certifies its Motion is printed in proportionally-spaced Times New Roman typeface which is 14 points in size, and contains 346 words.

Pursuant to Circuit Rule 28A(c), Appellant further certifies the motion was prepared using Microsoft Office Word 2013 software.

                                            Respectfully submitted,

                                            Larry J. Steele
                                            Ark. Bar No. 78146
                                            Attorney for Defendant
                                            LARRY J. STEELE PLC
                                            225 West Elm Street
                                            P.O. Box 561
                                            Walnut Ridge, AR  72476-0561
                                            (870) 886-5840
                                            (870) 886-5873 fax
                                            email:  steelelaw7622@sbcglobal.net

# **CERTIFICATE OF SERVICE**

  I hereby certify that on December 10, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

  Josh Sanford
  SANFORD LAW FIRM, PLLC
  10800 Financial Centre Parkway, Suite 510
  Little Rock, Arkansas 72211
  Email: josh@sanfordlawfirm.com

                Larry J. Steele