# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| RICHARD MONAHAN | PLAINTIFF/APPELLEE |
| VS. | NO. 25-1217 |
| RED MULE EXPRESS, LLC | DEFENDANT/APPELLANT |

### OBJECTION AND RESPONSE TO
### APPELLEE'S MOTION FOR BILL OF COSTS

Comes Appellant, Red Mule Express, LLC ("Red Mule"), by and through its attorney, Larry J. Steele PLC, and for its Objection and Response to Appellee's Motion for Bill of Costs, states it objects to Appellee's Motion for Bill of Costs for the following reasons:

1. Appellant has been denied due process and equal protection guaranteed by the Fourteenth Amendment to the United States Constitution by the trial tactics of Appellee, Richard Monahan ("Monahan").

2. Appellant was forced to file a Motion to Dismiss the original Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) because of a lack of specifics regarding Appellee's claims of lack of overtime pay.

3. Although Appellee filed an Amended Complaint, the Amended Complaint did not cure the deficiency of the original Complaint, a lack of specifics regarding hours worked.

4. Appellee's present attorney is believed to be his third attorney.

5. Appellee testified he was told when he was hired that he would not be given overtime and no overtime pay; Appellee worked other employee's hours without Appellant's approval.

6. Appellant offered three exhibits, Exhibits 1, 2 and 3, regarding a calendar Appellee provided during initial disclosures for the first six (6) weeks Appellee worked.

7. Also included in the first three exhibits was a computation by a law clerk hired by the first attorney for Appellant which were more legible and showed Appellee worked a total of twenty-five (25) hours and five (5) minutes overtime, or 26 hours.

8. Appellee testified that Appellant's Exhibits 1, 2 and 3 were correct, truthful.

9. Appellant's exhibits were copies of a check made to Appellee, Richard Monahan, in the amount of $429.00 based on his original time sheets, and a receipt showing receipt of the payment of all hours worked overtime the first six (6) weeks pursuant to Exhibits 1, 2 and 3.

10. Although Appellee claimed to have worked six (6) more weeks, he offered no evidence of timesheets, etc., and only vaguely testified about working many hours overtime.

2

11. The matter was presented at a bench trial on November 18, 2024 as no agreement could be reached.

12. Appellant argues that the matter should have been dismissed as Appellant paid overtime that Appellee claimed was due based on evidence, thus, the balance of any claim is trivial, contrived to support attorneys' fees, not supported by evidence or specifics. Appellant argues that equitably, this amounts to a settlement to be reviewed by the Court. *See Melgar v. OK Foods*, 902 F.3d 775, 779 (8th Cir. 2018).

WHEREFORE, Appellant prays the Court enter an Order denying Appellee's Motion for Bill of Costs.

## CERTIFICATE OF COMPLIANCE

STATE OF ARKANSAS )
                                    )ss.
COUNTY OF LAWRENCE )

Pursuant to Federal Rule of Appellate Procedure 32(g), Appellant hereby certifies its Objection and Response to Appellee's Motion for Bill of Costs is printed in proportionally-spaced Times New Roman typeface which is 14 points in size, and contains 625 words.

Pursuant to Circuit Rule 28A(c), Appellant further certifies this pleading was prepared using Microsoft Office Word 2013 software.

Respectfully submitted,

Larry J. Steele  
Ark. Bar No. 78146  
Attorney for Defendant/Appellant  
LARRY J. STEELE PLC  
225 West Elm Street  
P.O. Box 561  
Walnut Ridge, AR 72476-0561  
(870) 886-5840/(870) 886-5873 fax  
email: steelelaw7622@sbcglobal.net

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Josh Sanford  
SANFORD LAW FIRM, PLLC  
10800 Financial Centre Parkway, Suite 510  
Little Rock, Arkansas 72211  
Email: josh@sanfordlawfirm.com

Larry J. Steele