No: 25-1217

Richard Monahan

Appellee

v.

Red Mule Express LLC

Appellant

---

Appeal from U.S. District Court for the Eastern District of Arkansas - Northern
(3:22-cv-00129-BSM)

---

**ORDER**

The motion to file appellant's objection and response to motion for bill of cost out of time is granted.

December 16, 2025

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Susan E. Bindler