# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 25-1217

Richard Monahan

Appellee

v.

Red Mule Express LLC

Appellant

___

Appeal from U.S. District Court for the Eastern District of Arkansas - Northern
(3:22-cv-00129-BSM)

___

**ORDER**

Appellee shall recover from the appellant the sum the of $96.60 as taxable costs on appeal.

The motion to withdraw as retained counsel for the appellant has been granted. Larry Steel has been granted leave to withdraw from the case.

December 31, 2025

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
___
/s/ Susan E. Bindler