# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No: 25-1217

Richard Monahan

Appellee

v.

Red Mule Express LLC

Appellant

___

Appeal from U.S. District Court for the Eastern District of Arkansas - Northern
(3:22-cv-00129-BSM)

___

**MANDATE**

In accordance with the opinion and judgment of November 13, 2025, and the court's order dated December 31, 2025, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

December 31, 2025

Clerk, U.S. Court of Appeals, Eighth Circuit